

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2020

No. 04-19-00723-CV

**IN THE INTEREST OF W.A.F., A CHILD**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-15404
Honorable Norma Gonzales, Judge Presiding

# O R D E R

On July 2, 2020, we issued an order striking appellant's brief for noncompliance with the Texas Rules of Appellate Procedure and ordering appellant to file a corrected brief on or before July 31, 2020. To date, appellant has not filed a brief as ordered or a motion for extension of time.

We, therefore, **ORDER** appellant to file, on or before **September 8, 2020**, a brief in this appeal and a written response reasonably explaining (1) her failure to timely file a brief and (2) why appellee is not significantly injured by her failure to timely file a brief. **If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution.** *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court